**ADANTÉ D. POINTER, ESQ., 236229**
PATRICK M. BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUIDRY an individual; | Case No.: 2:21-cv-01238-TLN-JDP |
| Plaintiff, | STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties met and conferred.

WHEREAS, on July 14, 2021 Plaintiff filed his Complaint. (Doc 1).

WHEREAS, on August 18, 2021 Defendants filed their Answer. (Doc 7)

WHEREAS, there is GOOD CAUSE to amend the complaint, adding a negligence claim and dismissing the assault claim, because Plaintiff has received and had the opportunity to review criminal discovery in this matter.

IT IS SO AGREED.

Dated: October 26, 2021

/s/Patrick Buelna
PATRICK M. BUELNA
Attorney for Plaintiff

Dated: October 26, 2021

/s/Jamil Radwan Ghannam
Jamil Radwan Ghannam
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: October 27, 2021

Troy L. Nunley
United States District Judge