**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

**MICHAEL A. SLATER (SBN 318899)**
THE SLATER LAW FIRM, APC
515 South Flower Street, 18th Floor
Los Angeles, California 90071
E-mail: mslater@theslaterlawfirmapc.com
Tel: (818) 645-4406

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUIDRY an individual; | Case No.: 2:21-cv-01238-TLN-JDP |
| Plaintiff, | **STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| v. | |
| CITY OF STOCKTON, a municipal corporation; DANIEL GRAUMAN, in his individual capacity and as a City of Stockton Police Officer; SEAN MCPHERSON, in his individual capacity and as a City of Stockton Police Officer; JEREMIAH SKAGGS, in his individual capacity and as a City of Stockton Police Officer; ZACHARY ADAMS, in his individual capacity and as a City of Stockton Police Officer; and DOES 1-50, inclusive. | |
| Defendants. | |

Plaintiff and Defendants, by and through their designated counsel, hereby stipulate and agree as follows:

WHEREAS, on July 14, 2021, Plaintiff filed his Complaint (ECF No. 1);

WHEREAS, on August 18, 2021, Defendants filed their Answer to Plaintiff's Complaint (ECF No. 7);

WHEREAS, on October 26, 2021, Plaintiff and Defendants stipulated to grant Plaintiff with leave to file a First Amended Complaint, which this Court granted on October 27, 2021 (ECF No. 12);

WHEREAS, on November 3, 2021, Defendants served Plaintiff with their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26, which included body-worn camera video footage of the subject incident;

WHEREAS, based on Plaintiff's counsel review of Defendants' Rule 26 Disclosures and body-worn camera video footage of the subject incident, Plaintiff's counsel has determined there is good cause to amend the now-operative First Amended Complaint to assert claims for First Amendment Retaliation and Municipal Liability against Defendants;

WHEREAS, a copy of Plaintiff's Proposed Second Amended Complaint is attached hereto as "Exhibit A."

WHEREFORE, IT IS HEREBY STIPULATED, as follows:

1. Upon entry of this Stipulation, Plaintiff shall be granted leave to file the Proposed Second Amended Complaint attached hereto as Exhibit A;

/ / /

/ / /

/ / /

/ / /

/ / /

2. Defendants shall file their responsive pleading to the Second Amended Complaint within thirty (30) days after the Second Amended Complaint is filed;

**IT IS SO STIPULATED.**

Date: May 8, 2022

        **POINTER & BUELNA, LLP**
        **LAWYERS FOR THE PEOPLE**

        */s/ Patrick Buelna*
        PATRICK M. BUELNA
        ADANTE D. POINTER
        COUNSEL FOR PLAINTIFF

Dated: May 9, 2022        **THE SLATER LAW FIRM, APC**

        By: */s/ Michael A. Slater*
           MICHAEL A. SLATER
           COUNSEL FOR PLAINTIFF

Dated: As authorized on May 9, 2022    **MAYALL HURLEY**

        By: */s/ Mark Berry*
           MARK EMMETT BERRY
           COUNSEL FOR DEFENDANTS

**IT IS SO ORDERED.**

Dated: May 9, 2022

        Troy L. Nunley
        United States District Judge