1 | **MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133

Attorneys for Defendants,
CITY OF STOCKTON, DANIEL GRAUMAN, SEAN MCPHERSON,
JEREMIAH SKAGGS, and ZACHARY ADAMS

**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

MICHAEL A. SLATER (SBN 318899)
**THE SLATER LAW FIRM, APC**
515 South Flower Street, 18th Floor
Los Angeles, California 90071
E-mail: mslater@theslaterlawfirmapc.com
Tel: (818) 645-4406

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUIDRY an individual; | Case No.: 2:21-cv-01238-TLN-JDP |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING SCHEDULING ORDER [ECF 37]** |
| v. | |
| CITY OF STOCKTON, a municipal corporation; DANIEL GRAUMAN, in his individual capacity and as a City of | |

Page 1

Stockton Police Officer; SEAN MCPHERSON, in his individual capacity and as a City of Stockton Police Officer; JEREMIAH SKAGGS, in his individual capacity and as a City of Stockton Police Officer; ZACHARY ADAMS, in his individual capacity and as a City of Stockton Police Officer; and DOES 1-50, inclusive.

Defendants.

Plaintiff and Defendants, by and through their designated counsel, hereby stipulate and agree as follows:

WHEREAS, Defendants' lead counsel, Mark. E. Berry, required emergency hospitalization on September 20, 2022 and remained hospitalized until September 27, 2022. Mr. Berry suffered a near-fatal double pulmonary embolism with associated bi-lateral pneumonia.  Upon Mr. Berry's release from the hospital, he was unable to work and has been placed on a limited work schedule until at least November 3, 2022.

WHEREAS, the parties recently agreed to mediation or other early ADR process and are in the early process of selecting a mediator.

WHEREAS, to accommodate Mr. Berry's health issues and schedule a meaningful mediation the parties are requesting a 90 extension of the current scheduling order and the designation of experts to follow the close of fact discovery.

| ACTIVITY | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Cut-Off | January 15, 2023 | April 17, 2023 |
| Expert Discovery Opening Reports | December 1, 2022 | May 17, 2023 |
| Expert Rebuttal | April 13, 2023 | July 12, 2023 |
| Expert Discovery Cut-Off | May 16, 2023 | August 14, 2023 |
| Last Day to File Dispositive Motions | August 20, 2023 | November 20, 2023 |

//

**IT IS SO STIPULATED.**

Dated: November 1, 2022            **POINTER AND BUELNA**

                                   By:  /s/ *Patrick Buelna (as authorized 11/1/22)*
                                       PATRICK BUELNA
                                       Counsel for Plaintiff

Dated: November 1, 2022            **THE SLATER LAW FIRM, APC**

                                   By:  /s/ *Michael A. Slater (as authorized 11/1/22)*
                                       MICHAEL A. SLATER
                                       Counsel for Plaintiff

Dated:  November 1, 2022           **MAYALL HURLEY**

                                   By:  /s/ *Mark E. Berry*
                                       MARK EMMETT BERRY
                                       COUNSEL FOR DEFENDANTS

**IT IS SO ORDERED.**

Dated: November 2, 2022            _____
                                   Troy L. Nunley
                                   United States District Judge