**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
LAWYERSFTP.COM
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff, DAVID GUIDRY

MICHAEL A. SLATER (SBN 318899)
**THE SLATER LAW FIRM, APC**
515 South Flower Street, 18th Floor
Los Angeles, California 90071
E-mail: mslater@theslaterlawfirmapc.com
Tel: (818) 697-3051

Attorneys for Plaintiff, DAVID GUIDRY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUIDRY an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation; DANIEL GRAUMAN, in his individual capacity and as a City of Stockton Police Officer; SEAN MCPHERSON, in his individual capacity and as a City of Stockton Police Officer; JEREMIAH SKAGGS, in his individual capacity and as a City of Stockton Police Officer; ZACHARY ADAMS, in his individual capacity and as a City of Stockton Police Officer; and DOES 1-50, inclusive.<br>　　　　Defendants. | Case No.: 2:21-cv-01238-TLN-JDP<br><br>**STIPULATION AND ORDER REFERRING THE PARTIES TO CHIEF UNITED STATES MAGISTRATE JUDGE KENDALL J. NEWMAN FOR A SETTLEMENT CONFERENCE** |

　　　　Plaintiff David Guidry; and Defendants City Of Stockton, Daniel Grauman, Sean McPherson, Jeremiah Skaggs and Zachary Adams (altogether collectively, the "Parties"); by and through their respective counsel in the above-captioned matter; have conferred, agree, and hereby stipulate as follows:

WHEREAS, the Parties have met and conferred regarding the prospect of settlement in the above-captioned matter and referral to Chief United States Magistrate Judge Kendall J. Newman ("Judge Newman") for a settlement conference;

WHEREAS, the Parties agree that a settlement conference with Judge Newman will facilitate the Parties' efforts to reach settlement in the above-captioned matter;

WHEREAS, counsel for the Parties communicated with Judge Newman's chambers regarding Judge Newman's willingness and availability to preside over a settlement conference in the above-captioned matter;

WHEREAS, Judge Newman is willing and presently available to preside over a settlement conference in the above-captioned matter on March 8, 2023 at 9:00 a.m., pending this Court's referral;

WHEREFORE, the Parties hereby stipulate and respectfully jointly request that this Court REFER the Parties to Chief United States Magistrate Judge Kendall J. Newman for a settlement conference on March 8, 2023 at 9:00 a.m. or as soon thereafter as may be accommodated by Judge Newman and the Parties.

**IT IS SO STIPULATED.**

Dated:  December 28, 2022        **POINTER & BUELNA, LLP**

By: */s/ Patrick M. Buelna*
    Patrick M. Buelna
    Attorney for Plaintiff

Dated    December 28, 2022        **THE SLATER LAW FIRM, APC**

By: */s/ Michael A. Slater*
    Michael A. Slater
    Attorney for Plaintiff

Dated:  December 28, 2022        **MAYALL HURLEY**

By: */s/ Mark Emmett Berry*
    Mark Emmett Berry
    Attorney for Defendants

## ATTESTATION OF CONCURENCE IN FILING

In accordance with Eastern District Civil Local Rule 131, I, Michael A. Slater, attest that I have obtained concurrence in the filing of this documents from the other signatory listed above.

Dated: December 28, 2022				By: /s/ *Michael A. Slater*
							Michael A. Slater

## ORDER

Pursuant to the Stipulation of the Parties, this Court REFERS the Parties to Chief United States Magistrate Judge Kendall J. Newman for a settlement conference on **March 8, 2023, at 9:00 a.m.**, or as soon thereafter as may be accommodated by Judge Newman and the Parties.

**IT IS SO ORDERED.**

Dated: January 4, 2023

					_____
					Troy L. Nunley
					United States District Judge